Martin C. Loeff, for appellant. Lester C. Childs, for appellee; Walter A. Rooney, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Pauline Thomas, appellee, v. The Erwin Greer Automobile Company et al., on appeal of Erwin Greer Automobile Company, appellant. Gen. No. 25,969.**

Suit for damages for personal injuries resulting from being struck by an automobile while being operated by the owner under instruction of defendant's instructor. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Stedman, Soelke & Johnson, for appellant. Finn & Miller, for appellee; William M. Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Pearl C. Friend, appellee, v. George Renneker, appellant. Gen. No. 25,373.**

Action for damage to plaintiff's automobile by collision with that of defendant's. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with a finding of fact. Taylor, J., dissenting. Opinion filed June 18, 1921.

Wilkerson, Cassels, Potter & Gilbert, for appellant. Schuyler & Weinfeld, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Sdruzeni Cesko Slovanskych, Katolickych Kadetu, etc., appellee, v. Cyril Jurecka et al., on appeal of James F. Stepina, appellant. Gen. No. 25,418.**

Action against the surety on the bond given to secure performance of a contract to produce certain models and statuary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. Kraus, Goodwin & Rickard, for appellee.